**Denied and Opinion Filed January 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01623-CV

### IN RE BARCEL USA, LLC, Relator

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03517-C**

## MEMORANDUM OPINION
Before Justices FitzGerald, Lang, and Myers
Opinion by Justice FitzGerald

Relator contends the trial court erred in denying its motion to stay based on comity. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

131623F.P05

/Kerry FitzGerald/
KERRY FITZGERALD
JUSTICE